■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JEFFREY TAYLOR, Appellant. [61 NYS3d 881]—

Order, Supreme Court, New York County (Charles H. Solomon, J.), entered on or about December 4, 2014, which adjudicated defendant a level three sexually violent offender pursuant to the Sex Offender Registration Act (Correction Law art 6-C), unanimously affirmed, without costs.

Regardless of whether the court properly assessed points for sexual contact under clothing, the record supports the court's alternative finding that an upward departure was warranted. Even without the points disputed on appeal, the point score of 105 is nearly enough for a level three adjudication, and the risk assessment instrument did not adequately account for defendant's criminal history, significant risk of recidivism as demonstrated by his pattern of similar behavior, and prior level two adjudication (*see People v Hatcher*, 132 AD3d 407 [1st Dept 2015], *lv denied* 26 NY3d 915 [2016]; *People v Grassi*, 123 AD3d 602 [1st Dept 2014], *lv denied* 25 NY3d 902 [2015]). Concur—Tom, J.P., Richter, Andrias, Gesmer and Singh, JJ.